852

No. 373. SYLVANIA ELECTRIC PRODUCTS, INC. *v.* NA-
TIONAL LABOR RELATIONS BOARD ET AL. C. A. 1st Cir.
Motion of the Chamber of Commerce of the United
States for leave to file brief, as *amicus curiae,* granted.
Certiorari denied. *Gerard D. Reilly* for petitioner. *So-
licitor General Marshall, Arnold Ordman, Dominick L.
Manoli, Norton J. Come* and *Warren M. Davison* for the
National Labor Relations Board, and *Irving Abramson,
Ruth Weyand* and *Marilyn G. Rose* for Local 352, Inter-
national Union of Electrical, Radio & Machine Workers,
AFL–CIO, respondents. *James W. Hunt* for the Cham-
ber of Commerce of the United States, as *amicus curiae,*
in support of the petition.

No. 420. SULLIVAN ET AL. *v.* WIRTZ, SECRETARY OF
LABOR. C. A. 5th Cir. Certiorari denied. MR. JUSTICE
BLACK, believing petitioners were wrongfully denied
their constitutional right to a trial by jury, would grant
certiorari and reverse the judgment below. *Ruth S.
Sullivan* for petitioners. *Solicitor General Marshall,
Charles Donahue, Bessie Margolin* and *Robert E. Nagle*
for respondent.

No. 431. BOSS HOTELS Co. *v.* CITY OF DES MOINES
ET AL. Sup. Ct. Iowa. Motion of respondent City of
Des Moines for damages for delay denied. Certiorari
denied. *H. M. Coggeshall* for petitioner. *Philip T.
Riley, Donald A. Wine* and *L. J. Dickinson* for respond-
ents.

No. 35, Misc. MARTINEZ *v.* WILSON, WARDEN. Sup.
Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas
C. Lynch,* Attorney General of California, and *Robert
R. Granucci* and *Jay S. Linderman,* Deputy Attorneys
General, for respondent.